**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL W. CULLEN,

Plaintiff

v. Case No. 1:25-cv-00267-KWR-JMR

TUCUMCARI POLICE DEPARTMENT,
JUSTIN GARCIA, PATRICIA LOPEZ,
QUAY COUNTY, CODY YOUNG,
ALLRIGHT TOWING, and
CITY OF TUCUMCARI,

Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on August 25, 2026, recommending that the Court deny Plaintiff's motion for summary judgment (Doc. 30). *See* Doc. 90. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived *de novo* review by the district court and appellate review. *Id*. at 4. To date, the parties have not filed any objections, and the time to do so has passed. The Magistrate Judge's PFRD is unopposed, and the Court otherwise finds it well-taken. Therefore, the PFRD is adopted.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 90) are **ADOPTED**.

2. Plaintiff's motion for summary judgment (Doc. 30) is **DENIED**.

/S/

KEA W. RIGGS
UNITED STATES DISTRICT JUDGE